PROB 12C
(7/93)

Report Date: August 31, 2010

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 01 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: James Loeber                  Case Number: 2:07CR00027-001

Address of Offender:                  Pasco, WA  99301

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  8/28/2007

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 21 Months; TSR - 48 Months |
| Asst. U.S. Attorney: | Aine Ahmed |
| Defense Attorney: | To Be Assigned |

| | |
|---|---|
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | 9/4/2008 |
| Date Supervision Expires: | 9/3/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: James Loeber reported to this officer on August 6, 2010. He was laid off work and was having housing issues. He was instructed to report back to this officer that following week as instructed. This officer called Mr. Loeber on August 17, 2010, and left him a voice mail message instructing him to call me that day either at the office or on my cellular telephone. Mr. Loeber left a voice mail at the office at 2023 advising he was working in Dayton, Washington, at a temporary job and work would end on August 19, 2010. He stated he would report in on Friday, August 20, 2010, with proof of his earnings. Mr. Loeber did not report as indicated and this officer attempted to contact him on August 23, 2010, and left him a voice mail message instructing him to contact me that day at the office or on my cellular telephone. This officer attempted to contact the defendant again on August 23 and 25, 2010, and his cellular telephone was not accepting messages. As of this date, Mr. Loeber has not contacted this officer and his whereabouts are unknown. |

Prob12C
Re: **Loeber, James**
August 31, 2010
Page 2

| | | |
|---|---|---|
| | 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

**Supporting Evidence**: On August 6, 2010, Mr. Loeber advised this officer he was living at the Starlite Motel in Pasco, Washington. He stated this was a temporary living arrangement and he would be looking for more permanent housing. This officer contacted the Starlite Motel manager and confirmed the defendant is no longer staying at the motel. He last contacted this officer on August 17, 2010, and left a voice mail message indicating he was working in Dayton, Washington, but did not advise what his address was. This office has tried several times to contact Mr. Loeber via telephone and he has not returned the calls. As of this date, Mr. Loeber has not contacted this officer and his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/31/2010

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
JFvS [X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*
Signature of Judicial Officer

August 31, 2010
Date