PROB 12C
(7/93)

Report Date: August 12, 2011

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 6 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Loeber          Case Number: 2:07CR00027-001

Address of Offender: Unknown (absconder)

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 8/28/2007

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 21 Months; TSR - 48 Months |
| Asst. U.S. Attorney: | Aine Ahmed |
| Defense Attorney: | John Barto McEntire, IV |

Type of Supervision: Supervised Release

Date Supervision Commenced: 11/15/2010

Date Supervision Expires: 9/3/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
 | **Supporting Evidence**: Mr. Loeber is considered to be in violation of his conditions of supervised release by failing to report since August 5, 2011.
 | Mr. Loeber has failed to report to the probation office and submit a monthly supervision report since August 5, 2011. As a result, his current whereabouts are unknown.
2 | **Standard Condition #5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
 | **Supporting Evidence**: Mr. Loeber is considered to be in violation of his conditions of supervised release by failing to work regularly since May 5, 2011.
 | Mr. Loeber was laid-off from his most recent employer in April 2011. Since that time, Mr. Loeber has failed to obtain employment.

Prob12C
Re: Loeber, James
August 12, 2011
Page 2

    3

**Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Loeber is considered to be in violation of his conditions of supervised release by failing to notify the probation office of a change in address since August 10, 2011.

On August 10, 2011, the undersigned officer conducted a home visit at Mr. Loeber's last reported address. The residence is at Oxford House where several other residents also reside. The undersigned officer spoke with two of the residents, who stated that Mr. Loeber had not paid his rent for the month and had not been at the residence for "several weeks."

The undersigned officer has attempted to contact Mr. Loeber by phone, however, his last reported phone number has been disconnected. In addition, Mr. Loeber has failed to submit a monthly supervision report and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/12/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

August 15, 2011
Date