# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

July 19, 2012

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Spokane

The Honorable Fred Van Sickle
United States District Court
Thomas S. Foley United States Courthouse
920 West Riverside Avenue
Spokane, WA 99201-1010

RE: LOEBER, James R.
Docket No.: 2:07CR00027-001
**REQUEST RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Van Sickle:

Mr. Loeber began his placement at the residential reentry center (RRC) on April 11, 2012. Since that time, he has located an appropriate release address which has been investigated by the undersigned officer. He has obtained full-time employment at Trans-System Logistics, saved enough funds to purchase clothing and other basic necessities and has had no issues related to noncompliance.

Mr. Loeber has consistently followed all of the rules and requirements of the RRC facility. He has participated in drug testing since his placement began, with no indication of illicit drug use. Based on the above factors, it appears Mr. Loeber is taking the necessary steps to ensure his reentry back into the community is successful.

Therefore, the undersigned probation officer respectfully recommends that Mr. Loeber be released from the RRC facility with all other conditions of supervised release to remain in effect.

**RE: Loeber, James R.**
**July 19, 2012**
**Page 2**

Should Your Honor require a different course of action, or require a Court appearance by Mr. Loeber, please advise the undersigned officer.

                              Respectfully submitted,

                              Scott M. Morse, Sr.
                              Chief U.S. Probation Officer

                              s/Patrick J. Dennis     7/19/12
                              Patrick J. Dennis          Date
                              U.S. Probation Officer

APPROVED BY:


s/Matthew L. Thompson   07/19/2012
Matthew L. Thompson          Date
Supervising U.S. Probation Officer

PJD:vm


THE COURT ORDERS

[ ]  No Action
[x]  Release from Residential Reentry Center Placement
[ ]  Other

                                                        s/ Fred Van Sickle
                                                     Signature of Judicial Officer

                                                     7/23/12
                                                     Date