# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| Name of Offender: James Richard Loeber | Case Number: 0980 2:07CR00027-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: August 28, 2007 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. § 846 | Date Supervision Commenced: April 11, 2012 |
| Original Sentence: Prison - 21 Months; TSR - 48 Months | Date Supervision Expires: October 10, 2015 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

23   You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Loeber has violated his terms of supervised release by failing to report to his probation officer; failing to submit a truthful and complete written report within the first 5 days of the month; failing to notify his probation officer at least 10 days prior to any change in employment; and failing to follow the instructions of his U.S. probation officer.

Mr. Loeber was fired by his employer on August 15, 2013, and failed to notify the undersigned officer until September 12, 2013. Mr. Loeber has continued to avoid scheduling an appointment with this officer by stating he had apartment interviews or problems with transportation. Mr. Loeber finally reported on September 12, 2013, and admitted to this officer that he is homeless, and he was fired by his employer for missing too much work. Mr. Loeber has continued to make poor choices and now finds himself homeless and unemployed.

Mr. Loeber is willing to admit to his violation behavior and feels that the RRC placement will help him get his life back in order. Mr. Loeber has employable skills as a mechanic. The undersigned officer believes that without intervention, Mr. Loeber's situation will continue to decline and put his sobriety in jeopardy.

|  |  | Respectfully submitted, |
|---|---|---|
|  | by | s/Patrick J. Dennis |
|  |  | Patrick J Dennis<br>U.S. Probation Officer<br>Date: 09/13/2013 |

Prob 12B
**Re: Loeber, James Richard**
**September 13, 2013**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Fred Van Sickle
Signature of Judicial Officer

9/13/13
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

23   You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____  Signed: _____
Patrick J Dennis                                James Richard Loeber
U.S. Probation Officer                          Probationer or Supervised Releasee

9/12/13
Date