PROB 12C  
(7/93)

Report Date: October 23, 2013

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Richard Loeber          Case Number: 0980 2:07CR00027-001

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 28, 2007

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. § 846 |
| Original Sentence: | Prison 21 months; TSR - 48 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed |
| Date Supervision Commenced: | April 11, 2012 |
| Defense Attorney: | Federal Defender's Office |
| Date Supervision Expires: | October 10, 2015 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

      **Supporting Evidence**: Mr. Loeber is in violation of the terms of his supervised release by failing to work regularly since August 2, 2013.

      Mr. Loeber was terminated from Broadway Sales for missing too many days of work. Since that time, he has failed to obtain employment.

2     **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

      **Supporting Evidence**: Mr. Loeber is considered to be in violation of his conditions of supervised release by failing to notify the probation office of a change in address since October 8, 2013.

Prob12C
**Re: Loeber, James Richard**
**October 23, 2013**
**Page 2**

On October 8, 2013, the undersigned officer conducted a home visit at Mr. Loeber's last reported address. The residence was an Oxford House and the offender had paid his deposit and was moving in that day. James Loeber gave the undersigned officer proof of his deposit and this officer confirmed with other members that Mr. Loeber was accepted into the house.

On October 22, 2013, the undersigned officer spoke with a resident at the Oxford House to verify Mr. Loeber's status in the house. The resident informed this officer that Mr. Loeber had never moved in. He stated the offender was at the house 1 day and never returned. He stated that James Loeber is not a resident of the house and they did not know his whereabouts.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/23/2013

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/Fred Van Sickle

Signature of Judicial Officer

October 23, 2013

Date